JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONSON BROWN, aka RONNIE BROWN, | Case No. EDCV 11-1520-CAS (DTB) |
| Petitioner, | **J U D G M E N T** |
| vs. | |
| ROD HOOPS, SHERIFF SAN BERNARDINO COUNTY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated: October 25, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1