Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only ✓

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONSON BROWN, aka RONNIE BROWN,<br><br>Petitioner,<br>vs.<br><br>ROD HOOPS, SHERIFF SAN BERNARDINO COUNTY,<br><br>Respondent. | Case No. EDCV 11-1520-CAS (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered summarily dismissing the Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated: 10/25/11

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1