Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONSON BROWN, aka RONNIE BROWN, <br><br> Petitioner, <br> vs. <br><br> ROD HOOPS, SHERIFF SAN BERNARDINO COUNTY, <br><br> Respondent. | Case No. EDCV 11-1520-CAS (DTB) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated: 10/25/11

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1